# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3363

_____

Michaelene Wallace,     *
           *
     Appellant,   *
           * Appeal from the United States
  v.         * District Court for the
           * Western District of Arkansas.
Alliance National Bank,   *
           * [UNPUBLISHED]
     Appellee.   *

_____

Submitted: December 20, 2006
Filed: December 28, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

  Michaelene Wallace appeals the district court's[1] adverse grant of summary judgment on her claims against her former employer alleging unlawful discrimination based on her age and the race of her son, in violation of the Age Discrimination in Employment Act and Title VII. Having carefully reviewed the record, *see Jacob-Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

   [1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.